UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO 06-12070
CHAPTER 13

RUDOLPH LEE

: JUDGE J. VINCENT AUG

DEBTOR

: NOTICE OF TRANSMITTAL OF
UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916562 | $73.93 |

Creditor(s)
Health Alliance
3200 Burnett Avenue
Cincinnati, Ohio 45229

                Respectfully submitted,

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, February 24, 2010.

    /s/    Margaret A. Burks, Esq.
           Margaret A. Burks, Esq.

Health Alliance
3200 Burnett Avenue
Cincinnati, Ohio 45229

Debtor(s) Counsel
JOHN W. ROSE, ESQ.
711 PROVIDENT BANK BLDG
632 VINE STREET
CINCINNATI, OH  45202

Debtor(s)
RUDOLPH LEE
407 VINE STREET #268
CINCINNATI, OH  45202

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)